FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 9 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
[CENTRAL DISTRICT]

[Jeffrey Y Quimby], Pro per
Plaintiff,

v.   Case No.: 8:25-cv-02729-DOC-(JDEx)

INTERNAL REVENUE SERVICE,
Defendant.

COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY RELIEF, AND DAMAGES

# INTRODUCTION

1. This is a civil action brought by Plaintiff against the Internal Revenue Service ("IRS") for its unlawful failure and refusal to process Plaintiff's properly filed Form 1041 Grantor Trust/Estate Tax Return (2022) and its failure to process Plaintiff's EIN verification documents, despite Plaintiff fully complying with every request made by the IRS.

# JURISDICTION AND VENUE

2. Jurisdiction is proper under 28 U.S.C. § 1331 (federal question), 5 U.S.C. § 702 (Administrative Procedure Act – waiver of sovereign immunity), and 26 U.S.C. § 7422.
3. Venue is proper under 28 U.S.C. § 1391 because the events giving rise to this action occurred within this District and Plaintiff resides within this District.

# PARTIES

4. Plaintiff is an individual residing in [ORANGE COUNTY, CALIFORNIA], who filed a Form 1041 Grantor Trust Return on behalf of a trust for which Plaintiff is the responsible party.
5. Defendant Internal Revenue Service is an agency of the United States government responsible for processing federal tax returns and administering federal tax law.

1

## FACTUAL ALLEGATIONS

6. Plaintiff timely filed a Form 1041 Grantor Trust/Estate Tax Return for the applicable tax year.
7. Plaintiff also filed associated documents, including a 1099-B through TaxAct Business for trust-related transactions.
8. The IRS subsequently issued a letter requesting additional information concerning the Trust and its EIN.
9. Plaintiff fully complied and mailed all requested information immediately.
10. The IRS letter stated that upon receipt of the requested information, the IRS would process the pending trust return.
11. Despite receipt of the information, more than four months have passed with no processing, no communication, no explanation, and no action taken.
12. This delay has created administrative hardship, prevented proper completion of trust business, and caused financial harm.
13. Plaintiff has made repeated attempts to obtain an update yet has been told that the return is in a "correspondence hold queue."
14. Such delay violates IRS procedural standards and constitutes unreasonable delay under the Administrative Procedure Act, 5 U.S.C. § 706(1).

## CAUSES OF ACTION

COUNT I – UNREASONABLE DELAY (5 U.S.C. § 706(1))

15. Plaintiff incorporates all preceding paragraphs.
16. The IRS has a nondiscretionary duty to process properly filed federal tax returns and to act upon submitted documentation.
17. The IRS's failure for more than four months, after confirming receipt of all required documents, constitutes unlawful agency delay.

COUNT II – DECLARATORY RELIEF (28 U.S.C. §§ 2201–2202)

18. Plaintiff incorporates all preceding paragraphs.
19. Plaintiff seeks a declaration that the IRS must process Plaintiff's Form 1041 and EIN verification without further delay.

COUNT III – FAILURE TO PERFORM LEGALLY REQUIRED DUTY

20. The IRS has violated its own internal procedures requiring timely processing of correspondence cases and trust returns.

21. Plaintiff has suffered financial and administrative harm as a result.

REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in Plaintiff's favor and grant the following relief:

A. An injunction ordering the IRS to immediately process Plaintiff's Form 1041 Grantor Trust Return;
B. An injunction requiring the IRS to complete EIN verification related to the trust;
C. A declaratory judgment that the IRS has unlawfully delayed processing;
D. Damages in an amount to be proven at trial for financial harm caused by the delay;
E. Costs and any other relief the Court deems proper.

DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues triable by a jury.

Respectfully submitted,

_____

[Jeffrey Y Quimby]
[710 Calle Cumbre]
[San Clemente, California 92673]
[9499878020]
[usnotaryagent@gmail.com]

## Demand for Immediate Processing of Form 1041 Grantor Trust Return

[JEFFREY Y QUIMBY]
[710 Calle Cumbre]
[San Clemente, California 92673]
[9499878020]
[usnotaryagent@gmail.com]

[12/06/2025]

Internal Revenue Service
[1973 Rulon White Blvd Ogden, Utah 84201 ]

Re: Demand for Processing — Form 1041 Grantor Trust Return and Verification of Trust EIN

To Whom It May Concern:

I am submitting this formal demand for immediate action discovery regarding my delayed Form 1041 Grantor Trust/Estate Tax Return and the processing of my Trust EIN verification. I previously submitted all requested information after receiving your correspondence. Your letter stated that once the requested documentation was received, you would process my return. It has now been more than four months since I supplied the requested documents.

To date, I have received no further communication or confirmation of processing. This delay has created financial and administrative hardship and constitutes an unreasonable delay under the IRS's correspondence processing guidelines.

I respectfully demand:

1. Confirmation that my Form 1041 and EIN verification have been received and logged.
2. Immediate removal of any "correspondence hold" status.
3. Immediate assignment of the return for processing.
4. Written confirmation of processing status within 14 days.

Please contact me directly if further documentation is required. Otherwise, I expect this matter to be resolved promptly.

Sincerely,

Form 911 – Request for Taxpayer Advocate Service Assistance

1. Taxpayer Name: [JEFFREY Y QUIMBY]
2. EIN or SSN: [33-6652008 / 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]
3. Tax Form: Form 1041 – Grantor Trust Return
4. Tax Period(s): [2022]

5. Type of Assistance Needed:
- IRS has failed to process my Form 1041 return.
- IRS requested trust information and EIN verification, which I provided.
- IRS stated processing would begin once documents were received.
- It has now been over four months with no action or communication.

6. Description of Hardship:
- Delay is preventing completion of trust administration.
- Financial and administrative harm due to lack of processed return.
- Inability to complete related filings or obtain accurate IRS account transcripts.

7. Prior Attempts to Resolve:
- Responded to IRS correspondence immediately.
- IRS acknowledged receipt but took no further action.
- No updates available through phone or correspondence channels.

8. Relief Requested:
- Immediate intervention to require processing of Form 1041.
- Immediate status update.
- Removal from any correspondence-hold queue.

9. Contact Information: *JEFFREY Y QUIMBY* [signature]
Phone: [9499878020]

Quimby .vs I.R.S.

Exhibits a-c

Attached: 4 pages  1-3a

Jeffrey Y Quimby

2022

**Printed E-Filed**

### Jeffrey Y Quimby Revocable Living Trust's 2022 Tax Return

Standard 1041

E-Filed:

**Save as PDF**

### Additional Details

Created Return on Mar 11, 2025 at 07:35PM

Printed Federal Return on May 9, 2025 at 12:00AM

This return has been paid.

**Hide Details** ∧

# Form 1041 — U.S. Income Tax Return for Estates and Trusts (2022)

Department of the Treasury - Internal Revenue Service
Go to www.irs.gov/Form1041 for instructions and the latest information.
OMB No. 1545-0092

**A Check all that apply:**
- [ ] Decedent's estate
- [ ] Simple trust
- [ ] Complex trust
- [ ] Qualified disability trust
- [ ] ESBT (S portion only)
- [X] Grantor type trust
- [ ] Bankruptcy estate - Ch. 7
- [ ] Bankruptcy estate - Ch. 11
- [ ] Pooled income fund

For calendar year 2022 or fiscal year beginning _____ , and ending _____

Name of estate or trust: **Jeffrey Y Quimby Revocable Living Trust**
Name and title of fiduciary: **Jeffrey Quimby, Trustee**
Number, street, and room or suite no.: **710 Calle Cumbre**
City, state, ZIP: **San Clemente, CA 92673**

**C Employer identification number:** 33-6652008
**D Date entity created:** 12/29/2025

**E Nonexempt charitable and split-interest trusts, check applicable box(es):**
- [ ] Described in sec. 4947(a)(1). Check here if not a private foundation [ ]
- [ ] Described in sec. 4947(a)(2)

**B Number of Schedules K-1 attached:** 0

**F Check applicable boxes:**
- [ ] Initial return
- [ ] Final return
- [ ] Amended return
- [ ] Net operating loss carryback
- [ ] Change in trust's name
- [ ] Change in fiduciary
- [ ] Change in fiduciary's name
- [ ] Change in fiduciary's address

**G** Check here if the estate or filing trust made a section 645 election . . . [ ]  Trust TIN _____

## Income

| Line | Description | Amount |
|---|---|---|
| 1 | Interest income — Grantor Trust under IRC sec. 671-678 | |
| 2a | Total ordinary dividends — Stmt. of taxable items attached | |
| b | Qualified dividends allocable to: (1) Beneficiaries _____ (2) Estate or trust _____ | |
| 3 | Business income or (loss). Attach Schedule C (Form 1040) | |
| 4 | Capital gain or (loss). Attach Schedule D (Form 1041) | |
| 5 | Rents, royalties, partnerships, other estates and trusts, etc. Attach Schedule E (Form 1040) | |
| 6 | Farm income or (loss). Attach Schedule F (Form 1040) | |
| 7 | Ordinary gain or (loss). Attach Form 4797 | |
| 8 | Other income. List type and amount _____ | |
| 9 | **Total income.** Combine lines 1, 2a, and 3 through 8 | |

## Deductions

| Line | Description | Amount |
|---|---|---|
| 10 | Interest. Check if Form 4952 is attached [ ] | |
| 11 | Taxes | |
| 12 | Fiduciary fees. If only a portion is deductible under section 67(e), see instructions | |
| 13 | Charitable deduction (from Schedule A, line 7) | |
| 14 | Attorney, accountant, and return preparer fees. If only a portion is deductible under section 67(e), see instructions | |
| 15a | Other deductions (attach schedule). See instructions for deductions allowable under section 67(e) | |
| b | Net operating loss deduction. See instructions | |
| 16 | Add lines 10 through 15b | |
| 17 | Adjusted total income or (loss). Subtract line 16 from line 9 | |
| 18 | Income distribution deduction (from Schedule B, line 15). Attach Schedules K-1 (Form 1041) | |
| 19 | Estate tax deduction including certain generation-skipping taxes (attach computation) | |
| 20 | Qualified business income deduction. Attach Form 8995 or 8995-A | |
| 21 | Exemption | |
| 22 | Add lines 18 through 21 | |

## Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 23 | Taxable income. Subtract line 22 from line 17. If a loss, see instructions | |
| 24 | **Total tax** (from Schedule G, Part I, line 9) | |
| 25 | Current year net 965 tax liability paid from Form 965-A, Part II, column (k) (see instructions) | |
| 26 | **Total payments** (from Schedule G, Part II, line 19) | 208,320. |
| 27 | Estimated tax penalty. See instructions | |
| 28 | **Tax due.** If line 26 is smaller than the total of lines 24, 25, and 27, enter amount owed | |
| 29 | **Overpayment.** If line 26 is larger than the total of lines 24, 25, and 27, enter amount overpaid | 208,320. |
| 30 | Amount of line 29 to be: **a** Credited to 2023 _____ ; **b** Refunded | 208,320. |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of fiduciary or officer representing fiduciary _____ Date _____ EIN of fiduciary if a financial institution _____

May the IRS discuss this return with the preparer shown below? See instructions. [ ] Yes [ ] No

**Paid Preparer Use Only**
- Print/Type preparer's name _____
- Preparer's signature _____
- Date _____
- Check [ ] if self-employed
- PTIN _____
- Firm's name _____
- Firm's EIN _____
- Firm's address _____
- Phone no. _____

For Paperwork Reduction Act Notice, see the separate instructions.  
UYA  
Form **1041** (2022)

JEFFREY YORKE QUIMBY
710 CALLE CUMBRE
SAN CLEMENTE, CA 92673
US

3

ZZY0307A  49 1 AB 0.593
4000007362 7300/1

QUIMBY
JEFF QUIMBY
710 CALLE CUMBRE
SAN CLEMENTE CA 92673-3527

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable checkbox on Form 8949 | OMB No. 1545-0715 | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|
| JEFFREY YORKE QUIMBY<br>710 CALLE CUMBRE<br>SAN CLEMENTE, CA 92673<br>US<br>Phone: (949) 259-1729 | B | **2022**<br>Form **1099-B** | |

| 1a Description of property (Example: 100 sh. XYZ Co.) "SIGNATURE EXCHANGE FOR FUNDS EXCESS" | | |
|---|---|---|
| 1b Date acquired<br>01/01/2022 | 1c Date sold or disposed<br>12/31/2021 | **Copy B**<br>**For Recipient** |
| 1d Proceeds<br>$ 19,737.07 | 1e Cost or other basis<br>$ | |

| PAYER'S TIN<br>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 | RECIPIENT'S TIN | 1f Accrued market discount<br>$ 0.00 | 1g Wash sale loss disallowed<br>$ 0.00 | |
|---|---|---|---|---|
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br>QUIMBY<br>JEFF QUIMBY<br>710 CALLE CUMBRE<br>SAN CLEMENTE, CA 92673-3527<br>US | | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | 3 If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 4 Federal income tax withheld<br>$ 0.00 | 5 If checked, noncovered security ☐ | |
| | | 6 Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ | |
| Account number (see instructions)<br>2640757445 | | 8 Profit or (loss) realized in 2022 on closed contracts<br>$ 0.00 | 9 Unrealized profit or (loss) on open contracts—12/31/2021<br>$ 0.00 | |
| CUSIP number<br>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 | FATCA filing requirement ☐ | 10 Unrealized profit or (loss) on open contracts—12/31/2022<br>$ 0.00 | 11 Aggregate profit or (loss) on contracts<br>$ 0.00 | |
| 14 State name<br>CA | 15 State identification no.<br>CALIFORNIA | 16 State tax withheld<br>$ 0.00<br>$ | 12 If checked, basis reported to IRS ☐ | 13 Bartering<br>$ 197,370.00 |

Form **1099-B**   (Keep for your records)   www.irs.gov/Form1099B   Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable checkbox on Form 8949 | OMB No. 1545-0715 | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|
| JEFFREY YORKE QUIMBY<br>710 CALLE CUMBRE<br>SAN CLEMENTE, CA 92673<br>US<br>Phone: (949) 259-1729 | B | **2022**<br>Form **1099-B** | |

| 1a Description of property (Example: 100 sh. XYZ Co.) "SIGNATURE EXCHANGE FOR FUNDS EXCESS" | | |
|---|---|---|
| 1b Date acquired<br>01/01/2022 | 1c Date sold or disposed<br>12/31/2021 | **Copy 2**<br>To be filed with recipient's state |
| 1d Proceeds<br>$ 19,737.07 | 1e Cost or other basis<br>$ | |

| PAYER'S TIN | RECIPIENT'S TIN | 1f Accrued market discount | 1g Wash sale loss disallowed |

| Account number | 2640757445 | | |
|---|---|---|---|
| CUSIP number | 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 | FATCA filing requirement ☐ | 10 Unrealized profit or (loss) on open contracts—12/31/2022 $ 0.00 | 11 Aggregate profit or (loss) on contracts $ 0.00 |
| 14 State name CA | 15 State identification no. CALIFORNIA | 16 State tax withheld $ 0.00 $ | 12 If checked, basis reported to IRS ☐ | 13 Bartering $ 197,370.00 |

Form **1099-B**       (Keep for your records)       www.irs.gov/Form1099B       Department of the Treasury - Internal Revenue Service

3a

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable checkbox on Form 8949 B | OMB No. 1545-0715 **2022** Form **1099-B** | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|
| JEFFREY YORKE QUIMBY 710 CALLE CUMBRE SAN CLEMENTE, CA 92673 US Phone: (949) 259-1729 | 1a Description of property (Example: 100 sh. XYZ Co.) "SIGNATURE EXCHANGE FOR FUNDS EXCESS" | | |
| | 1b Date acquired 01/01/2022 | 1c Date sold or disposed 12/31/2021 | |
| | 1d Proceeds $ 19,737.07 | 1e Cost or other basis $ | Copy 2 To be filed with recipient's state income tax return, when required. |
| PAYER'S TIN 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 | RECIPIENT'S TIN | 1f Accrued market discount $ 0.00 | 1g Wash sale loss disallowed $ 0.00 | |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code QUIMBY JEFF QUIMBY 710 CALLE CUMBRE SAN CLEMENTE, CA 92673-3527 US | 2 Short-term gain or loss ☐ Long-term gain or loss ☐ Ordinary ☐ | 3 If checked, proceeds from Collectibles ☐ QOF ☐ | |
| | 4 Federal income tax withheld $ 0.00 | 5 If checked, noncovered security ☐ | |
| | 6 Reported to IRS: Gross proceeds ☐ Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ | |
| | 8 Profit or (loss) realized in 2022 on closed contracts $ 0.00 | 9 Unrealized profit or (loss) on open contracts—12/31/2021 $ 0.00 | |
| Account number (see instructions) 2640757445 | | | |
| CUSIP number 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 | FATCA filing requirement ☐ | 10 Unrealized profit or (loss) on open contracts—12/31/2022 $ 0.00 | 11 Aggregate profit or (loss) on contracts $ 0.00 | |
| 14 State name CA | 15 State identification no. CALIFORNIA | 16 State tax withheld $ 0.00 $ | 12 If checked, basis reported to IRS ☐ | 13 Bartering $ 197,370.00 |

Form **1099-B**       www.irs.gov/Form1099B       Department of the Treasury - Internal Revenue Service

Department of the Treasury - Internal Revenue Service

**Form 911**
(August 2025)

## Request for Taxpayer Advocate Service Assistance

OMB Number 1545-1504

(and Application for Taxpayer Assistance Order)

### Section I – Taxpayer Information (See Pages 3 and 4 for Form 911 Filing Requirements and Instructions for Completing this Form)

| | |
|---|---|
| 1a. Taxpayer name as shown on tax return Jeffrey Y Quimby | 1b. Taxpayer Identifying Number (SSN, ITIN, EIN) 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 / Ein# 33-6652008 |
| 2a. Spouse's name as shown on tax return (if joint return) | 2b. Spouse's Taxpayer Identifying Number (SSN, ITIN) |

3a. Taxpayer current street address (number, street, & apt. number)

| 3b. City San Clemente | 3c. State or province California | 3d. Country (if applicable) Orange County | 3e. ZIP code/Foreign postal 92673 |
|---|---|---|---|
| 4. Daytime phone number 9499878020 | 5. Email address usnotaryagent@gmail.com | | 6. Fax number (if applicable) |

7a. [X] Check here if you consent to receive and send encrypted emails with Taxpayer Advocate Service for the duration of the interactions on your tax issue

7b. [ ] Check here if you consent to have confidential information about your tax issue left on your answering machine or voice message at this number

10411099b2021
8. Person to contact if no authorized third party **JEFFREY Y QUIMBY**

9. Preferred language (if applicable)
[ ] TTY/TDD Line   [ ] Interpreter needed - Specify language other than English (including sign language)
[ ] Other (specify) _____

10. Tax form number (1040, 941, 720, etc.) **1041**

11. Tax year(s) or period(s) **2022**

12a. Describe the tax issue you are experiencing and any difficulties it may be creating
(If more space is needed, attach additional sheets.) (See instructions for completing Lines 12a and 12b)

1. DELAY IS PREVENTING COMPLETION OF TRUST ADMINISTRATION
2. FINANCIAL AND ADMINISTRATIVE HARM DUE TO LACK OF PROCESSED RETURNS.
3. INABILITY TO COMPLETE FILINGS OR ACCURATE IRS ACCOUNT TRANSCRIPTS CAUSING LEGAL DISABILITY.

12b. Describe the relief/assistance you are requesting (if more space is needed, attach additional sheets) 146,000.00

- IMMEDIATE INTERVENTION TO REQUIRE PROCESSING OF FORM 1041 GRANTOR TRUST RETURNS.
- IMMEDIATE STATUS UPDATE REMOVAL FROM ANY CORRESPONDENCE-HOLD QUEUE.

13. How did the taxpayer learn about the Taxpayer Advocate Service
[ ] IRS forms or publications   [ ] Website   [ ] IRS employee   [ ] Other (specify) **Opus Juris Solomon**

I understand that Taxpayer Advocate Service employees may contact third parties to respond to this request and I authorize such contacts to be made. Further, by authorizing the Taxpayer Advocate Service to contact third parties, I understand that I will not receive notice, pursuant to section 7602(c) of the Internal Revenue Code, of authorized third parties contacted in connection with this request.

Catalog Number 16965S   www.irs.gov   Form (Rev. 8-2025)

Page 2

| 14a. Signature of taxpayer or duly authorized officer, and title, if applicable | 14b. Date signed |
|---|---|
| *[signed]* | 12-06-2025 |
| 15a. Signature of spouse *(if joint assistance request)* | 15b. Date signed |

911

## Section II – Third Party Information *(See instructions before completing this section)*

### A. Form 2848, Power of Attorney

| 1. Name of authorized third party | 2. Centralized Authorization File (CAF) number |
|---|---|

3a. Current mailing address *(number, street, & apt. number)*

| 3b. City | 3c. State or province | 3d. Country *(if applicable)* | 3e. ZIP code/Foreign postal |
|---|---|---|---|

| 4. Daytime phone number | 5. Fax number |
|---|---|

| 6. Signature of third party *(representative only)* | 7. Date signed *(representative only)* |
|---|---|

### B. Form 8821, Authorization to Receive Notices

Form 8821 does not authorize your appointee to advocate your position with respect to the federal tax laws, to execute waivers, consents, or closing agreements, or to otherwise represent you before the IRS. Form 8821 authorizes anyone you designate to inspect and/or receive your confidential tax information in any office of the IRS, for the type of tax and tax periods you list on Form 8821.

| 1. Name of authorized third party | 2. Centralized Authorization File (CAF) number |
|---|---|

3a. Current mailing address *(number, street, & apt. number)*

| 3b. City | 3c. State or province | 3d. Country *(if applicable)* | 3e. ZIP code/Foreign postal |
|---|---|---|---|

| 4. Daytime phone number | 5. Fax number |
|---|---|

| 6. Signature of third party *(representative only)* | 7. Date signed *(representative only)* |
|---|---|

## Instructions for Form 911, Request for Taxpayer Advocate Service Assistance (and Application for Taxpayer Assistance Order)

### Important Things You Should Know

- Remember to submit any documentation you believe would assist us in resolving the issue, as this may result in a quicker resolution of your issue.
- The Taxpayer Advocate Service will let you know if your request for assistance has been accepted and may contact you to discuss your tax issue. If unable to reach you by phone, the employee will mail you a letter or leave a voicemail if you provided consent on line 7b. Email is not available as a method of communication until a case has been created, and you have consented to receive and send encrypted email during the duration of your case.
- If you are a low-income taxpayer who needs help in resolving a tax dispute with the Internal Revenue Service and cannot afford representation, or if you speak English as a second language and need help understanding your rights and responsibilities, you may qualify for free or low-cost assistance from a Low Income Taxpayer Clinic (LITC). For more information, see Publication 4134 or visit our LITC page at: www.irs.gov/advocate/low-income-taxpayer-clinics.

### Information About the Taxpayer Advocate Service

The Taxpayer Advocate Service (TAS) is an independent organization within the Internal Revenue Service (IRS) that helps taxpayers resolve federal tax issues and protects taxpayers' rights. TAS may be able to assist if your federal tax problem is causing a financial difficulty, you've tried and been unable to resolve your issue with the IRS, or if an IRS system, process, or procedure just

| Catalog Number 16965S | www.irs.gov | Form **911** (Rev. 8-2025) |
|---|---|---|

Email: [usnotaryagent@gmail.com]

10. Signature: _____
Date: 12/06/2025

*Without Recourse*

AFFIDAVIT OF [Jeffrey Y Quimby, of the Jeffrey Y Quimby Revocable Living Trust, sui juris in pro per, Secured Party]

Quimby .vs IRS

I, [JEFFREY Y QUIMBY], being of lawful age, competent to testify, and having personal knowledge of the facts stated herein, do hereby swear and affirm under penalty of perjury under the laws of the United States that the following is true, correct, and complete to the best of my knowledge, information, and belief:

I. AFFIANT INFORMATION

1. I am the filer, beneficiary, and authorized representative concerning certain federal tax documents submitted to the Internal Revenue Service ("IRS"), including but not limited to:

   a. IRS Form 1099-B submissions;

   b. IRS Form 1041 – U.S. Income Tax Return for Estates and Trusts.

2. My address for service and correspondence is: [710 CALLE CUMBRE SAN CLEMENTE, CA 92673] EMAIL: usnotaryagent@gmail.com

II. FACTUAL AFFIDAVIT AND CHRONOLOGY

3. On or about [SEPTEMBER 15TH, 2025], I submitted Form 1099-B to the IRS.

4. On or about [SEPTEMBER 15th, 2025], I submitted IRS Form 1041 for the Grantor Estate/Trust return.

5. The IRS requested additional information, including verification of the EIN for the trust.

6. I timely provided the requested information.

7. Despite repeated attempts and acknowledgment by the IRS, more than four months have passed without:

   a. Processing of the 1099-B filings;

   b. Processing of the 1041 return;

1

c. Notice of deficiency, rejection, or lawful explanation.

8. The IRS phone system and representatives have provided no meaningful information.

III. NOTICE OF HARM

10. The IRS's inaction constitutes administrative delay and failure to perform ministerial duties.

11. This has caused harm including financial loss, obstruction of trust administration, and withholding of determinations owed to me.

IV. REBUTTAL OF PRESUMPTIONS

12. I rebut any presumptions that my filings were incomplete, not received, waived, or delayed lawfully.

13. Affidavit testimony stands as highest evidence unless rebutted by counter-affidavit.

V. TEN MAXIMS OF LAW

1. A workman is worthy of his hire.

2. The one who asserts must prove.

3. Truth is expressed by means of an affidavit.

4. An unrebutted affidavit stands as truth in commerce.

5. A matter must be expressed to be resolved.

6. He who leaves the battlefield first loses by default.

7. Sacrifice is the measure of credibility.

8. A lien or claim must be supported by an affidavit.

9. In commerce, truth is sovereign.

10. You must judge a thing by its nature.

VI. NOTICE OF REQUEST FOR ACTION

14. I demand the IRS immediately:

   a. Process the 1099-B filings;

   b. Process the 1041 return;

   c. Provide written confirmation of status or requirements.

15. I request written acknowledgment and response within 14 days.

VII. VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of __December, 2025 at: __710 Calle Cumbre San Clemente, California 92673

[Jeffrey Y Quimby], Affiant

3

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Orange___

On ___December 8th 2025___ before me, ___James Nguyen - Notary Public___,
        Date                                                    Here Insert Name and Title of the Officer
personally appeared ___Jeffrey Yorba Quimby___
                                      Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

JAMES NGUYEN
Notary Public - California
Orange County
Commission # 2514067
My Comm. Expires Mar 10, 2029

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
              Signature of Notary Public

Place Notary Seal and/or Stamp Above

―――――――――― OPTIONAL ――――――――――

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual        ☐ Attorney in Fact
☐ Trustee           ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual        ☐ Attorney in Fact
☐ Trustee           ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association